IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DR. PHYLLIS MARIE KNIGHT-BEY, D.M., PHYLLIS MARIE KNIGHT, ex-rel, and BIN EL TRIBE, | ) ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | 8:19CV206 |
| v. | ) ) | |
| JOHN C. CHATLELAIN, LA CHELLE A. PHILLIPS, DOUGLAS COUNTY COURT CLERKS OFFICE, JUDGE SHERYL L. LOHAUS, and CITY CLERK, City of Omaha, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Bin El Tribe has not signed the Complaint. Dr. Knight may be attempting to represent the Bin El Tribe. Since she is not admitted to practice law, she cannot represent another party. Therefore,

IT IS ORDERED that the Bin El Tribe is not permitted to proceed as a plaintiff in this case and the Clerk shall correct the record to show that the Bin El Tribe is not a plaintiff.

DATED this 9th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge