IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. PHYLLIS MARIE KNIGHT-BEY, D.M.; and PHYLLIS MARIE KNIGHT, ex-rel; <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN C. CHATLELAIN, LA CHELLE A. PHILLIPS, DOUGLAS COUNTY COURT CLERKS OFFICE, JUDGE SHERYL L. LOHAUS, and CITY CLERK, City of Omaha; <br><br> Defendants. | 8:19CV206 <br><br> **ORDER** |

On December 4, 2020, the clerk of the court received a letter from Plaintiff in which she requests the court to assume responsibility for a debt she owes to the Douglas County Sheriff for service fees incurred between August 27-30, 2019, after this case was dismissed. Plaintiff sent a similar letter on or about August 28, 2020, which she also attached to her present letter. (Filing 30; *see also* Filing 34 at CM/ECF p. 4.) The court treated Plaintiff's August 28, 2020 letter as a motion for reimbursement of expenses and denied the motion in a Memorandum and Order dated September 2, 2020. (Filing 31.)[1] For the reasons outlined in the court's September 2, 2020 Memorandum and Order,

---

[1] It appears Plaintiff did not receive a copy of the September 2, 2020 Memorandum and Order as the order sent to Plaintiff's address on file with the court was returned as undeliverable. (*See* Filing 32.)

IT IS ORDERED that:

1. Plaintiff's December 4, 2020 letter (filing 34), treated as a motion for reimbursement of expenses, is denied.

2. The clerk of the court is directed to send a copy of the court's September 2, 2020 Memorandum and Order (filing 31) and this order to Plaintiff at the following address: 2301 Benson Gardens Blvd. #7Q, Omaha, NE 68134.

3. The clerk of the court is further directed to update Plaintiff's address in the court's records to the address listed above in paragraph 2.

Dated this 4th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge